JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. CV 19-08575-CJC (JEMx)  Date: August 19, 2020

Title: <u>MATTHEW CONTILE v. SECTRAN SECURITY INCORPORATED</u>

PRESENT:

<u>**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**</u>

<u>Gabriela Garcia</u>  <u>     N/A     </u>
Deputy Clerk  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:  ATTORNEYS PRESENT FOR DEFENDANT:

None Present  None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING PLAINTIFF'S FIRST AMENDED COMPLAINT WITH PREJUDICE**

In this putative class action, Plaintiff Matthew Contile alleges that Defendant Sectran Security Incorporated violated the Fair Credit Reporting Act ("FCRA") and California Investigative Consumer Reporting Agencies Act ("ICRAA"). (Dkt. 12 [First Amended Complaint, hereinafter "FAC"].) On December 18, 2019, the Court granted Defendant's motion to dismiss the FAC because Plaintiff failed to sufficiently plead that Defendant obtained consumer reports and investigative consumer reports to which the FCRA and ICRAA apply. (Dkt. 17 at 3–5.) The Court dismissed Plaintiff's First Amended Complaint with fourteen days' leave to amend. (*Id*. at 5.) Plaintiff has failed to amend his complaint. Accordingly, Plaintiff's FAC is hereby **DISMISSED WITH PREJUDICE**.

cb

MINUTES FORM 11
CIVIL-GEN  Initials of Deputy Clerk GGA